Same case below, 606 Pa. 127, 995 A.2d 1143.

**No. 10-6134. Mark DuHall, Petitioner v. Lennar Family of Builders.**

562 U.S. 1010, 131 S. Ct. 518, 178 L. Ed. 2d 383, 2010 U.S. LEXIS 8527, ■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 382 Fed. Appx. 751.

**No. 10-6136. Detrick Deroven, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1010, 131 S. Ct. 521, 178 L. Ed. 2d 383, 2010 U.S. LEXIS 8626.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6138. John Arthur Harris, Jr., Petitioner v. Michigan.**

562 U.S. 1010, 131 S. Ct. 518, 178 L. Ed. 2d 383, 2010 U.S. LEXIS 8623, ■

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-6141. Xiao Han, Petitioner v. California.**

562 U.S. 1010, 131 S. Ct. 519, 178 L. Ed. 2d 383, 2010 U.S. LEXIS 8619.

November 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 10-6143. Eric Jevon Hall, Petitioner v. David A. Varano, Superintendent, State Correctional Institution at Coal Township, et al.**

562 U.S. 1010, 131 S. Ct. 519, 178 L. Ed. 2d 383, 2010 U.S. LEXIS 8602.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-6144. Timothy Scott Harris, Petitioner v. Florida.**

562 U.S. 1010, 131 S. Ct. 519, 178 L. Ed. 2d 383, 2010 U.S. LEXIS 8562.

November 1, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 32 So. 3d 730.

**No. 10-6148. Michael Joseph Gowan, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1010, 131 S. Ct. 519, 178 L. Ed. 2d 383, 2010 U.S. LEXIS 8463.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6149. Robert T. Irvin, Petitioner v. City of Clarksville Police Department, et al.**

562 U.S. 1010, 131 S. Ct. 519, 178 L. Ed. 2d 383, 2010 U.S. LEXIS 8603.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.